IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESJCA BLINKHORN, )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:21-cv-00621-MHC |
| CINCUENTA LLC ) <br> d/b/a EL TESORO, ) <br> ) <br> Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims asserted in Plaintiff's Complaint [Doc. 1] have been resolved to the satisfaction of Plaintiff and Defendant.

Dated: May 27, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/Joseph B. Atkins
Joseph B. Atkins
Georgia Bar No. 026715

1

                    Downey & Cleveland, LLP
                    288 Washington Avenue
                    Marietta, Georgia 30060-1979
                    Tel: (770) 422-3233
                    Fax: (770) 423-4199
                    Atkins@downeycleveland.com

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2021, I filed the within and foregoing Joint Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

Joseph B. Atkins, Esq.
Downey & Cleveland, LLP
288 Washington Avenue
Marietta, Georgia 30060-1979
Atkins@DowneyCleveland.com

Michael C. Kendall, Esq.
M. Brandon Howard, Esq.
Kendall Mandell, LLC
3152 Golf Ridge Boulevard, Suite 201
Douglasville, Georgia 30135
MCKendall@KendallMandell.com
MBHoward@KendallMandel.com

                    /s/Craig J. Ehrlich
                    Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich