IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN,<br><br>　　Plaintiff,<br><br>v.<br><br>CINCUENTA LLC D/B/A EL TESORO,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-621-MHC |

### ORDER

The parties having informed the Court of settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case. These parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 27th day of May, 2021.

　　　　　　　　　　　　　　　　　　MARK H. COHEN
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.